**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| GLU MOBILE INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-01157 |
| | § | |
| REWORKS OY, | § | Jury Trial Requested |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF GLU MOBILE INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Glu Mobile Inc. states that it is a publicly held corporation that has no parent corporation.  Tencent Holdings Limited is a publicly held corporation and its wholly-owned subsidiary, Red River Investment Limited, owns 10% or more of Glu Mobile Inc.'s stock.

Date:  December 17, 2020

Respectfully submitted,

*/s/ Elizabeth M. Chiaviello*
Elizabeth Chiaviello
State Bar No. 4088913
*elizabeth.chiaviello@morganlewis.com*

**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T. 713.890.5000
F. 713.890.5001

Michael J. Lyons
(*pro hac vice* pending)
michael.lyons@morganlewis.com

Ehsun Forghany
(*pro hac vice* pending)
ehsun.forghany@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304-1124
T. 650.843.4000
F. 650.843.4001

***Attorneys for Plaintiff Glu Mobile Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 17, 2020, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system per Local Rule CV-5, which will send a notification of electric filing to all counsel of record who have appeared in this case.

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello