UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

GLU MOBILE INC.

vs.

REWORKS OY

Case No.: 6:20-cv-01157-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ehsun Forghany, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Glu Mobile Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) MORGAN, LEWIS & BOCKIUS LLP with offices at:

   Mailing address: 1400 Page Mill Road
   City, State, Zip Code: Palo Alto, CA 94304
   Telephone: 650-843-4000     Facsimile: 650-843-4001

2. Since 05/20/2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 302984.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of California | 05/20/2015 |
   | Central District of California | 06/18/2015 |
   | SEE ATTACHED | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Elizabeth M. Chiaviello

Mailing address: Morgan, Lewis & Bockius LLP, 1000 Louisiana St., Ste 4000

City, State, Zip Code: Houston, TX 77002

Telephone: 713-890-5000

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ehsun Forghany to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ehsun Forghany
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28th day of December, 2020.

Ehsun Forghany
[printed name of Applicant]

[signature of Applicant]

## COURT ADMISSIONS FOR

## EHSUN FORGHANY

| COURT ADMITTED | ADMISSION DATE |
|---|---|
| California State Bar, Bar No. 302984 | 05/20/2015 |
| District of Columbia State Bar, Bar No. 1032569 | 07/08/2016 |
| Northern District of California | 05/20/2015 |
| Central District of California | 06/18/2015 |
| Southern District of California | 06/02/2015 |
| Eastern District of California | 06/19/2015 |
| Colorado District Court | 07/17/2019 |
| U.S. Court of Appeals for the Ninth Circuit | 06/18/2015 |
| U.S. Court of Appeals for the Federal Circuit | 07/06/2015 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

GLU MOBILE INC.

vs.                                              Case No.: 6:20-cv-01157-ADA

REWORKS OY

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Ehsun Forghany, counsel for Plaintiff Glu Mobile Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Ehsun Forghany may appear on behalf of Plaintiff Glu Mobile Inc. in the above case.

IT IS FURTHER ORDERED that Ehsun Forghany, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE