# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| GLU MOBILE INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-01157-ADA |
| | § | |
| REWORKS OY, | § | JURY TRIAL DEMANDED |
|     Defendant. | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT REWORKS OY TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Reworks Oy makes this unopposed motion for an extension of 45 days to respond to Plaintiff Glu Incorporated's Complaint for Patent Infringement, Docket No. 1.

On March 16, 2021, Reworks received the Complaint at its headquarters in Espoo, Finland. *See* Exhibit A.  Under Fed. R. Civ. P. 12(a)(1)(A)(i), Reworks must answer or otherwise respond to the complaint on April 6, 2021.  Reworks seeks, and Glu does not oppose, an extension of 45 days, until May 21, 2021.

"The Court is generally willing to extend the response to the Complaint up to 45 days if agreed by the parties."  Order Governing Proceedings—Patent Case (W.D. Tex. Feb. 23, 2021).  This motion is not brought for the purpose of delay, but rather to allow Reworks' recently retained counsel to review and respond to the complaint.

Accordingly, Reworks respectfully requests the Court grant extending its time to answer or otherwise respond to the complaint until May 21, 2021.

Date: April 2, 2021                                    Respectfully submitted,

                                                                      */s/ B. Russell Horton*

B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
*(pro hac vice to be filed)*
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-1157@cases.warrenlex.com

*Attorneys for Defendant Reworks Oy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 2, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Elizabeth M. Chiaviello
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
Elizabeth.chiaviello@morganlewis.com

Michael J. Lyons (*pro hac vice* pending)
Ehsun Forghany (*pro hac vice* pending)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, California 94304-1124
Michael.lyons@morganlewis.com
Ehsun.forghany@morganlewis.com
**Attorneys for Plaintiff Glu Mobile, Inc.**

/s/ B. Russell Horton
B. Russell Horton