**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| GLU MOBILE INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-01157-ADA |
| | § | |
| REWORKS OY, | § | JURY TRIAL DEMANDED |
|     Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF TIME FOR DEFENDANT REWORKS OY**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is the Unopposed Motion for Extension of Time for Defendant Reworks Oy to Answer or Otherwise Respond to the Complaint. After consideration of this unopposed motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Reworks Oy has up to and including May 21, 2021, to answer or otherwise respond to Plaintiff Glu Incorporated's Complaint for Patent Infringement.

SIGNED this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

– 1 –