**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| GLU MOBILE INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-01157-ADA |
| | § | |
| REWORKS OY, | § | Jury Trial Requested |
| | § | |
| Defendant. | § | |

**PLAINTIFF GLU MOBILE INC.'S**
**NOTICE OF FILING RETURN OF SERVICE**

In accordance with Rule 4(1) and 4(c)(2) of the Federal Rules of Civil Procedure, Plaintiff Glu Mobile Inc, submits this Notice of Filing of Return of Service as to Defendant Reworks Oy. Attached, as Exhibit 1, is a true and correct copy of the Certificate of Service of the Registered Agent of Reworks Oy, made in Helsinki, Finland on March 16, 2021.  Service of the original complaint in this action was successfully accomplished under Articles 5 and 6 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

Date:  April 13, 2021

Respectfully submitted,

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
State Bar No. 4088913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
T. 214.466.4000
F. 214.466.4001

Michael J. Lyons*
California Bar No. 202284
michael.lyons@morganlewis.com
Ehsun Forghany*
California Bar No. 302984
ehsun.forghany@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304-1124
T. 650.843.4000
F. 650.843.4001

*Admitted *pro hac vice*

**Attorneys for Plaintiff Glu Mobile Inc.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 13, 2021, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system per Local Rule CV-5, which will send a notification of electric filing to all counsel of record who have appeared in this case.

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello