**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| GLU MOBILE INC., | |
| Plaintiff, | |
| v. | Case No. 6:20-cv-01157-ADA |
| REWORKS OY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF GLU MOBILE INC.'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Glu Mobile Inc. hereby dismisses this action without prejudice.

Defendant Reworks Oy has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  May 14, 2021

Respectfully submitted,

*/s/ Elizabeth M. Chiaviello*
Michael J. Lyons*
California Bar No. 202284
michael.lyons@morganlewis.com
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
T. (214) 466-4000
F. (214) 466-4001

*Admitted pro hac vice*

**ATTORNEYS FOR GLU MOBILE INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5 on May 14, 2021.

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello